**Order entered December 17, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01096-CR

### DIONICIO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75240-M**

## ORDER

Before the Court is the December 13, 2018 request of court reporter Belinda G. Baraka for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE